UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY COLSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JR BALLARD CORPORATION, a California Corporation; CURTIS RICHARD BALLARD; and Does 1-10,<br><br>　　　　Defendants. | Case: 5:16-CV-02501-NC<br>**ORDER** |

# **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: August 4, 2016

_____
HONORABLE NATHANAEL COUSINS
UNITED STATES DISTRICT COURT JUDGE

*GRANTED*
*Judge Nathanael M. Cousins*

1

Joint Stipulation for Dismissal　　　　　　　　　　Case: 5:16-CV-02501-NC